NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1178

### HENDRICK W. HAYNES,

Plaintiff-Appellant,

v.

### UNITED STATES,

Defendant-Appellee.

Appeal from the United States District Court for the Western District of Washington in case no. 06-CV-1558, Judge Marsha J. Pechman.

ON MOTION

O R D E R

Hendrick W. Haynes submits a document received by this court on February 23, 2009 that he moves be attached to his informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the motion and attachment shall be considered a supplement to Haynes' informal brief.  A copy of this order shall be transmitted to the merits panel to inform the panel that the February 23 document is a supplement to Haynes' informal brief.

FOR THE COURT

APR  1 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Hendrick W. Haynes
     Kirby W. Lee, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 1 2009

JAN HORBALY
CLERK